IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASHEIK WILLIAMS, ) | No. C 07-5083 RMW (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| WARDEN MENDOZA-POWERS, ) | |
| Respondent. ) | |

    The court has dismissed the instant habeas petition as a second or successive petition challenging the same conviction and sentence as petitioner's earlier petition in case no. C 04-4552 RMW (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: _1/29/08_____　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Williams083jud　　　　　1

1  This is to certify that on ___2/12/08_____, a copy of this ruling was mailed to the following:

Arasheik Williams
J-95411
Avenal State Prison
110-2-03L
P.O. Box 9
Avenal, CA  93204

Judgment
P:\pro-se\sj.rmw\hc.07\Williams083jud          2